IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHANNON COPELAND,

    Plaintiff,

v.                                          Case No. 4:18cv140-MW/CAS

CAPTAIN PARTRIDGE, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 29, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation. ECF No. 32. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint, ECF No. 28, is **DISMISSED** for failure to state a claim upon which relief may granted pursuant to 28 U.S.C. § 1915(e)(2). The Clerk shall note on the

1

docket this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The Clerk shall also close the file.

**SO ORDERED on October 17, 2019.**

**s/ MARK E. WALKER**
**Chief United States District Judge**
